# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | | |
|---|---|---|
| NATIONAL STEEL CAR LIMITED | § | |
| | § | CIVIL NO: |
| vs. | § | WA:19-CV-00721-ADA |
| | § | |
| THE GREENBRIER COMPANIES, INC. | § | |

## ORDER SETTING MARKMAN HEARING

IT IS HEREBY ORDERED that the above entitled and numbered case is set for **MARKMAN HEARING** in Courtroom 5, on the Sixth Floor, United States Courthouse, 501 West Fifth Street, Austin, TX, on **Friday, October 09, 2020 at 01:30 PM**.

IT IS SO ORDERED this 27th day of March, 2020.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE