Steven T. Lovett, OSB No. 910701
steve.lovett@stoel.com
Nathan C. Brunette, OSB No. 090913
nathan.brunette@stoel.com
STOEL RIVES LLP
760 SW Ninth Avenue, Suite 3000
Portland, OR  97205
Telephone:  503.224.3380
Facsimile:  503.220.2480

Marc S. Cooperman (Admitted *Pro Hac Vice*)
mcooperman@bannerwitcoff.com
J. Pieter van Es (Admitted *Pro Hac Vice*)
pvanes@bannerwitcoff.com
Audra C. Eidem Heinze (Admitted *Pro Hac Vice*)
aheinze@bannerwitcoff.com
Brian Apel (Admitted *Pro Hac Vice*)
bapel@bannerwitcoff.com
BANNER & WITCOFF, LTD.
71 South Wacker Drive, Suite 3600
Chicago, IL  60606
Telephone:  312.463.5000
Facsimile:  312.463.5001

Attorneys for Defendants

UNITED STATES DISTRICT COURT
DISTRICT OF OREGON
PORTLAND DIVISION

| | |
|---|---|
| NATIONAL STEEL CAR LIMITED,<br><br>             Plaintiff,<br><br>     v.<br><br>GREENBRIER-CONCARRIL LLC, and<br>GREENBRIER LEASING COMPANY,<br>LLC,<br><br>             Defendants. | Case No.: 3:20-cv-01275-YY<br><br>UNOPPOSED MOTION TO UNSEAL<br>DEFENDANTS' ANSWER,<br>AFFIRMATIVE DEFENSES, AND<br>DECLARATORY JUDGMENT<br>COUNTERCLAIMS |

Page 1   -   CERTIFICATE OF SERVICE UNOPPOSED MOTION TO UNSEAL
              DEFENDANTS' ANSWER, AFFIRMATIVE DEFENSES, AND
              DECLARATORY JUDGMENT COUNTERCLAIMS

112082421.1 0024359-00007

## I.  LOCAL RULE 7-1(A) CERTIFICATION

Pursuant to Local Rule 7-1(a), counsel for Defendants Greenbrier-Concarril LLC and Greenbrier Leasing Company, LLC (collectively "Greenbrier") certifies that it has conferred with counsel for Plaintiff National Steel Car, Ltd. ("NSC") regarding the substance of this motion, and NSC does not oppose this motion.

## II.  MOTION

Defendant Greenbrier hereby moves to unseal its Answer, Affirmative Defenses, and Declaratory Judgment Counterclaims to NSC's First Amended Complaint (ECF No. 129) ("Answer and Counterclaims"). Greenbrier filed its Answer and Counterclaims under seal because it contains information from documents that NSC designated as "CONFIDENTIAL" under the protective order—specifically, information about and from a July 2005 trip report. (*See* ECF. No. 129 at pp. 13–15, Countercl. ¶¶ 20–27.) NSC's Answer to Greenbrier's Counterclaims was publicly filed and contains several excerpts of the July 2005 trip report. (*See* ECF No. 135, ¶¶ 20, 22, 23, 26, 27.) In light of the public's common-law right to access judicial records, *see DePuy Synthes Prods., Inc. v. Veterinary Orthopedic Implants, Inc.*, 990 F.3d 1364 (Fed. Cir. 2021) (affirming order unsealing amended pleading over objections that pleading contained party's confidential business information), and for completeness, the Court should unseal Greenbrier's Answer and Counterclaims.

DATED:  August 24, 2021.

/s/ Steven T. Lovett
Steven T. Lovett, OSB No. 910701
steve.lovett@stoel.com
Nathan C. Brunette, OSB No. 090913
nathan.brunette@stoel.com
Telephone:  503.224.3380

Page 2   -   CERTIFICATE OF SERVICE UNOPPOSED MOTION TO UNSEAL
DEFENDANTS' ANSWER, AFFIRMATIVE DEFENSES, AND
DECLARATORY JUDGMENT COUNTERCLAIMS

112082421.1 0024359-00007

Marc S. Cooperman (Admitted *Pro Hac Vice*)
mcooperman@bannerwitcoff.com
J. Pieter van Es (Admitted *Pro Hac Vice*)
pvanes@bannerwitcoff.com
Audra C. Eidem Heinze (Admitted *Pro Hac Vice*)
aheinze@bannerwitcoff.com
Brian Apel (Admitted *Pro Hac Vice*)
bapel@bannerwitcoff.com
BANNER & WITCOFF, LTD.
71 South Wacker Drive, Suite 3600
Chicago, IL  60606
Telephone:  312.463.5000
Facsimile:  312.463.5001

Attorneys for Defendants