Steven T. Lovett, OSB No. 910701
steve.lovett@stoel.com
Nathan C. Brunette, OSB No. 090913
nathan.brunette@stoel.com
STOEL RIVES LLP
760 SW Ninth Avenue, Suite 3000
Portland, OR  97205
Telephone:  503.224.3380
Facsimile:  503.220.2480

Marc S. Cooperman (Admitted *Pro Hac Vice*)
mcooperman@bannerwitcoff.com
J. Pieter van Es (Admitted *Pro Hac Vice*)
pvanes@bannerwitcoff.com
Audra C. Eidem Heinze (Admitted *Pro Hac Vice*)
aheinze@bannerwitcoff.com
Brian Apel (Admitted *Pro Hac Vice*)
bapel@bannerwitcoff.com
BANNER & WITCOFF, LTD.
71 South Wacker Drive, Suite 3600
Chicago, IL  60606
Telephone:  312.463.5000
Facsimile:  312.463.5001

Attorneys for Defendants

UNITED STATES DISTRICT COURT
DISTRICT OF OREGON
PORTLAND DIVISION

| | |
|---|---|
| NATIONAL STEEL CAR LIMITED,<br><br>        Plaintiff,<br><br>   v.<br><br>GREENBRIER-CONCARRIL LLC, and GREENBRIER LEASING COMPANY, LLC,<br><br>        Defendants. | Case No.: 3:20-cv-01275-YY<br><br>JOINT STIPULATION AND MOTION TO AMEND SCHEDULING ORDER |

Plaintiff National Steel Car Limited ("NSC") and Defendants Greenbrier-Concarril LLC and Greenbrier Leasing Company, LLC (collectively "Greenbrier"), hereby stipulate and jointly move to amend certain of the deadlines set forth in the Court's September 24, 2020 Minute Entry (ECF No. 89), as amended by the Court's April 9, 2021, June 1, 2021, June 23, 2021, July 23, 2021, August 23, 2021, and September 22, 2021 Minute Entries (ECF Nos. 115, 121, 123, 133, 138, 141, & 147). The requested changes are as follows:

| Event | Current Deadline | Requested New Deadline |
|---|---|---|
| Deadline to serve Final Infringement and Invalidity Contentions | October 29, 2021 | December 10, 2021 |
| Fact Discovery Closes | January 28, 2022 | March 18, 2022 |
| Opening Expert Reports | March 4, 2022 | April 22, 2022 |
| Rebuttal Expert Reports | April 8, 2022 | May 27, 2022 |
| Expert Discovery | April 29, 2022 | June 24, 2022 |
| Meet and Confer to Narrow Claims and Prior Art | May 6, 2022 | July 1, 2022 |
| File Report Regarding Results of Meet and Confer | May 13, 2022 | July 8, 2022 |
| Dispositive Motions and Daubert | May 26, 2022 | July 22, 2022 |

NSC and Greenbrier further stipulate and agree to extend the deadline for NSC to respond to Greenbrier's interrogatory numbers 3 & 4 and for Greenbrier to respond to NSC interrogatory numbers 4, 7, 8 & 9, to January 7, 2022.

Dated: October 21, 2021

*/s/ C. Marie Eckert*
C. Marie Eckert, P.C., OSB No. 883490
marie.eckert@millernash.com
John C. Clarke, OSB No. 153245
john.clarke@millernash.com
MILLER NASH LLP
3400 U.S. Bancorp Tower
111 S.W. Fifth Avenue
Portland, Oregon 97204
Telephone:  503.224.5858
Facsimile:  503.224.0155
Craig D. Leavell, ISB No. 6256260
Admitted Pro Hac Vice
craig.leavell@btlaw.com
BARNES & THORNBURG LLP
One North Wacker Dr., Suite 4400
Chicago, IL  60606
Telephone: 312.214.4868
Facsimile: 312.759.5646

Mark C. Nelson, TSB No. 00794361
Admitted Pro Hac Vice
mark.nelson@btlaw.com
Daniel A. Valenzuela, TSB No. 24067918
Admitted Pro Hac Vice
daniel.valenzuela@btlaw.com
BARNES & THORNBURG LLP
2121 North Pearl St., Suite 700
Dallas, TX 75201
Telephone: 214.258.4150
Facsimile:  214.258.4199

*Attorneys for Plaintiff National Steel Car Limited*

Respectfully submitted,

*/s/ Steven T. Lovett*
Steven T. Lovett, OSB No. 910701
steve.lovett@stoel.com
Nathan C. Brunette, OSB No. 090913
nathan.brunette@stoel.com
Elliott J. Williams, OSB No. 144835
elliott.williams@stoel.com
STOEL RIVES LLP
760 SW Ninth Avenue, Suite 3000
Portland, OR  97205
Telephone:  503.224.3380
Facsimile:  503.220.2480

Marc S. Cooperman (Pro Hac Vice)
mcooperman@bannerwitcoff.com
J. Pieter van Es (Pro Hac Vice)
pvanes@bannerwitcoff.com
Audra C. Eidem Heinze (Pro Hac Vice)
aheinze@bannerwitcoff.com
Brian Apel (Pro Hac Vice)
bapel@bannerwitcoff.com
BANNER & WITCOFF, LTD.
71 South Wacker Drive, Suite 3600
Chicago, IL  60606
Telephone:  312.463.5000
Facsimile:  312.463.5001

*Attorneys for Defendants Greenbrier-Concarril LLC and Greenbrier Leasing Company, LLC*