**C. Marie Eckert, P.C.**, OSB No. 883490
marie.eckert@millernash.com
**John C. Clarke**, OSB No. 153245
john.clarke@millernash.com
MILLER NASH LLP
US Bancorp Tower
111 SW Fifth Ave, Ste 3400
Portland, OR 97204
Telephone: 503.224.5858
Facsimile: 503.224.0155

**Craig D. Leavell**, ISB No. 6256260
*Admitted Pro Hac Vice*
craig.leavell@btlaw.com
Casey G. Campbell, ISB No. 6318370
*Admitted Pro Hac Vice*
casey.campbell@btlaw.com
BARNES & THORNBURG LLP
One N Wacker Dr, Ste 4400
Chicago, IL 60606
Telephone: 312.214.4868
Facsimile: 312.759.5646

**Mark C. Nelson**, TSB No. 00794361
*Admitted Pro Hac Vice*
mark.nelson@btlaw.com
**Daniel A. Valenzuela**, TSB No. 24067918
*Admitted Pro Hac Vice*
daniel.valenzuela@btlaw.com
BARNES & THORNBURG LLP
2121 N Pearl St, Ste 700
Dallas, TX 75201
Telephone: 214.258.4150
Facsimile: 214.258.4199

*Attorneys for Plaintiff National Steel Car Limited*

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISON

| | |
|---|---|
| NATIONAL STEEL CAR LIMITED, a Canadian corporation,<br><br>Plaintiff,<br><br>v.<br><br>GREENBRIER-CONCARRIL LLC, a Delaware limited liability company; and GREENBRIER LEASING COMPANY, LLC, a Delaware limited liability company,<br><br>Defendants. | Case No. 3:20-cv-01275-YY<br><br>PLAINTIFF NATIONAL STEEL CAR LIMITED'S RESPONSE TO DEFENDANTS' GREENBRIER LEASING COMPANY, LLC'S AND GREENBRIER-CONCARRIL LLC'S MOTION TO AMEND THE SCHEDULING ORDER |

Page 1 -   NSC's Response to Greenbrier's Motion to Amend the Scheduling Order

4839-4395-7703.1

MILLER NASH LLP
ATTORNEYS AT LAW
TELEPHONE: 503.224.5858
US BANCORP TOWER
111 SW FIFTH AVE, STE 3400
PORTLAND, OR 97204

Plaintiff National Steel Car Limited ("NSC") opposes Defendants' Greenbrier Leasing Company, LLC's ("Greenbrier Leasing's") and Greenbrier-Concarril LLC's ("Greenbrier-Concarril's) (collectively "Greenbrier's") request for an unnecessarily prolonged extension of the case schedule.  For many months, the Parties have agreed to extend the deadlines to allow for approximately one month or less between the Court's claim construction order and the due date for final infringement and invalidity contentions.  The current schedule provides for 21 days between the Court's updated claim construction order, dated November 19, 2021 ("updated Order") (ECF 151), and service of contentions by December 10, 2021.  NSC offered and remains willing to extend the contentions deadline by more than a week, but Greenbrier refused.  The parties have had many months to focus on the preparation of their final contentions, with perhaps minor adjustments necessary in light of the Court's updated Order.  In fact, Greenbrier's preliminary invalidity contentions include over 1,000 pages with claim charts of 17 prior art references that purportedly anticipate or renders obvious (either alone or in combination) one or more asserted claims of the Asserted Patents (U.S. Patent Nos. 7,434,519 and 7,878,125).  Given that Greenbrier had ample time to finalize their invalidity contentions (over four months from the Court's claim construction order, dated July 9, 2021) (ECF 127), the necessity of an additional eight weeks rather than NSC's compromise of over four weeks to serve final contentions, is unavailing when the updated Order clarified one disputed term.

Further, Greenbrier's plan to serve excessive contentions in the "same magnitude" as their preliminary contentions is a reason to deny, rather than grant, their current motion.  No reasonable case should involve such voluminous contentions, especially this late in a case that has been pending for nearly two years, and in light of the many months during which Greenbrier had little else to do in this case other than work on their contentions.  Providing another eight weeks for Greenbrier to pile-on and further obfuscate their genuine contentions will significantly prejudice NSC and only serve to delay resolution of this case.

Page 2 -    NSC's Response to Greenbrier's Motion to Amend the Scheduling Order

4839-4395-7703.1

MILLER NASH LLP
ATTORNEYS AT LAW
TELEPHONE: 503.224.5858
US BANCORP TOWER
111 SW FIFTH AVE, STE 3400
PORTLAND, OR 97204

Finalizing the contentions prior to the holidays will also allow the parties to begin depositions and finalize written discovery promptly after the holidays. It is time for this case to move forward.

Accordingly, NSC submits that its proposed compromise is reasonable and should be adopted:

| Event | Current Deadline | Proposed New Deadline |
|---|---|---|
| Deadline to serve Final Infringement and Invalidity Contentions | December 10, 2021 | December 22, 2021 |
| Fact Discovery Closes | March 18, 2022 | No change |
| Opening Expert Reports | April 22, 2022 | No change |
| Rebuttal Expert Reports | May 27, 2022 | No change |
| Expert Discovery | June 24, 2022 | No change |
| Meet and Confer to Narrow Claims and Prior Art | July 1, 2022 | No change |
| File Report Regarding Results of Meet and Confer | July 8, 2022 | No change |
| Dispositive Motions and Daubert | July 22, 2022 | No change |

The Court should also maintain the January 7, 2022, deadline for NSC to respond to Greenbrier's interrogatory numbers 3 & 4 and for Greenbrier to respond to NSC interrogatory numbers 4, 7, 8 & 9. In the event the Court grants Greenbrier's motion to amend the scheduling order, NSC requests to extend the deadline from December 20, 2021, to January 26, 2022, to serve supplemental responses to Greenbrier's Interrogatory No. 20 with updated claim charts relating to NSC's commercial embodiments (in similar detail as NSC's infringement contentions), which will be over a week from serving contentions under Greenbrier's proposed schedule.

Furthermore, NSC requests that the Court also limit Greenbrier's invalidity contentions to no more than 15 prior art references. Such a limit is reasonable at this stage of the case, and

/ / /

/ / /

/ / /

Page 3 -   NSC's Response to Greenbrier's Motion to Amend the Scheduling Order

4839-4395-7703.1

MILLER NASH LLP
ATTORNEYS AT LAW
TELEPHONE: 503.224.5858
US BANCORP TOWER
111 SW FIFTH AVE, STE 3400
PORTLAND, OR 97204

even more reasonable in light of any extension. The additional time should be spent narrowing, not expanding, the scope of Greenbrier's invalidity contentions.

Dated: December 3, 2021           Respectfully submitted,

                                    MILLER NASH LLP

                                    *s/ C. Marie Eckert*
                                    C. Marie Eckert, P.C., OSB No. 883490
                                    marie.eckert@millernash.com
                                    John C. Clarke, OSB No. 153245
                                    john.clarke@millernash.com
                                    MILLER NASH LLP
                                    3400 U.S. Bancorp Tower
                                    111 S.W. Fifth Avenue
                                    Portland, Oregon 97204
                                    Telephone: 503.224.5858
                                    Facsimile: 503.224.0155


                                    BARNES & THORNBURG LLP

                                    Craig D. Leavell (Admitted *Pro Hac Vice*)
                                    craig.leavell@btlaw.com
                                    Casey Campbell (Admitted *Pro Hac Vice*)
                                    casey.campbell@btlaw.com
                                    BARNES & THORNBURG LLP
                                    One North Wacker Dr., Suite 4400
                                    Chicago, IL 60606
                                    Telephone: 312.214.4868
                                    Facsimile: 312.759.5646

                                    Mark C. Nelson (Admitted *Pro Hac Vice*)
                                    mark.nelson@btlaw.com
                                    Daniel A. Valenzuela (Admitted *Pro Hac Vice*)
                                    daniel.valenzuela@btlaw.com
                                    BARNES & THORNBURG LLP
                                    2121 N. Pearl Street, Suite 700
                                    Dallas, TX 75201
                                    Telephone: 214-258-4200
                                    Fax: 214-258-4199

                                    *Attorneys for Plaintiff*
                                    *National Steel Car Limited*

Page 4 -     NSC's Response to Greenbrier's Motion to Amend the Scheduling Order

4839-4395-7703.1

MILLER NASH LLP
ATTORNEYS AT LAW
TELEPHONE: 503.224.5858
US BANCORP TOWER
111 SW FIFTH AVE, STE 3400
PORTLAND, OR 97204

# CERTIFICATE OF SERVICE

I hereby certify that I served the foregoing Plaintiff National Steel Car Limited's Response to Defendants' Greenbrier Leasing Company, LLC's and Greenbrier-Concarril LLC's Motion to Amend the Scheduling Order on:

| | |
|---|---|
| Audra C. Eidem Heinze<br>aheinze@bannerwitcoff.com<br>Brian T. Apel<br>bapel@bannerwitcoff.com<br>J. Pieter van Es<br>pvanes@bannerwitcoff.com<br>Marc S. Cooperman<br>mcooperman@bannerwitcoff.com<br>BANNER & WITCOFF, LTD.<br>71 S Wacker Dr, Ste 3600<br>Chicago, IL 60606 | Nathan C. Brunette<br>nathan.brunette@stoel.com<br>Steven T. Lovett<br>steve.lovett@stoel.com<br>STOEL RIVES LLP<br>760 SW Ninth Ave, Ste 3000<br>Portland, OR 97205 |

*Attorneys for Greenbrier Defendants*

by the following indicated methods on the date set forth below:

☒ **CM/ECF system transmission.**

☐ **Email.** As required by Local Rule 5.2, any interrogatories, requests for production, or requests for admission were emailed in Word or WordPerfect format, not in PDF, unless otherwise agreed to by the parties.

☒ **Email (courtesy copy).**

☐ **First-class mail, postage prepaid.**

☐ **Hand-delivery.**

☐ **Overnight courier, delivery prepaid.**

DATED: December 3, 2021.

/s/ C. Marie Eckert
C. Marie Eckert, P.C., OSB No. 883490
*Of Attorneys for Plaintiff National Steel Car Limited*

Page 1 -   Certificate of Service

4839-4395-7703.1

MILLER NASH LLP
ATTORNEYS AT LAW
TELEPHONE: 503.224.5858
US BANCORP TOWER
111 SW FIFTH AVE, STE 3400
PORTLAND, OR 97204