Steven T. Lovett, OSB No. 910701
steve.lovett@stoel.com
Nathan C. Brunette, OSB No. 090913
nathan.brunette@stoel.com
STOEL RIVES LLP
760 SW Ninth Avenue, Suite 3000
Portland, OR  97205
Telephone:  503.224.3380
Facsimile:  503.220.2480

Marc S. Cooperman (Admitted *Pro Hac Vice*)
mcooperman@bannerwitcoff.com
J. Pieter van Es (Admitted *Pro Hac Vice*)
pvanes@bannerwitcoff.com
Audra C. Eidem Heinze (Admitted *Pro Hac Vice*)
aheinze@bannerwitcoff.com
Brian Apel (Admitted *Pro Hac Vice*)
bapel@bannerwitcoff.com
BANNER & WITCOFF, LTD.
71 South Wacker Drive, Suite 3600
Chicago, IL  60606
Telephone:  312.463.5000
Facsimile:  312.463.5001
Attorneys for Defendants

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| NATIONAL STEEL CAR LIMITED,<br><br>           Plaintiff,<br><br>   v.<br><br>GREENBRIER-CONCARRIL LLC, and GREENBRIER LEASING COMPANY, LLC,<br><br>           Defendants. | Case No.: 3:20-cv-01275-YY<br><br>GREENBRIER'S REPLY IN SUPPORT OF ITS MOTION TO AMEND SCHEDULING ORDER |

Page 1   -   GREENBRIER'S REPLY IN SUPPORT OF ITS MOTION TO AMEND
              SCHEDULING ORDER

Greenbrier did not intend to file a reply, but in its Opposition just filed, NSC raises a wholly new and unrelated issue: the number of prior art references Greenbrier can assert in its invalidity defense.[1] (ECF No. 153 at 3). NSC's request should be denied for at least two reasons.

First, it is premature. There has not been a single substantive deposition taken in the case; nor have there been any expert reports exchanged. Depositions and expert discovery will greatly impact Greenbrier's invalidity positions and the prior art it chooses to assert at trial.

Second, the Court's scheduling order (that the parties agreed to) already has a date for the potential narrowing of both (i) prior art references Greenbrier can assert, and (ii) the number of claims that NSC can assert, again after fact and expert discovery is complete. Specifically, the Court's October 26, 2021 Order requires the parties "to meet and confer to discuss narrowing the number of claims asserted and prior art references" one week *after* expert discovery closes. This currently is July 1, 2022.

NSC's new request should be denied.

Greenbrier stands by its original request to amend the schedule.

Dated:  December 3, 2021.

By: /s/ Steven T. Lovett_____
Steven T. Lovett, OSB No. 910701
steve.lovett@stoel.com
Nathan C. Brunette, OSB No. 090913
nathan.brunette@stoel.com
STOEL RIVES LLP
760 SW Ninth Avenue, Suite 3000
Portland, OR  97205
Telephone:  503.224.3380
Facsimile:  503.220.2480

---

[1] NSC did not raise this issue during the parties' November 29, 2021 meet and confer regarding the case schedule.

Page 2   -   GREENBRIER'S REPLY IN SUPPORT OF ITS MOTION TO AMEND
SCHEDULING ORDER

Marc S. Cooperman (*Pro Hac Vice*)
mcooperman@bannerwitcoff.com
J. Pieter van Es (*Pro Hac Vice*)
pvanes@bannerwitcoff.com
Audra C. Eidem Heinze (*Pro Hac Vice*)
aheinze@bannerwitcoff.com
Brian Apel (*Pro Hac Vice*)
bapel@bannerwitcoff.com
BANNER & WITCOFF, LTD.
71 South Wacker Drive, Suite 3600
Chicago, IL  60606
Telephone:  312.463.5000
Facsimile:  312.463.5001

Attorneys for Defendants/Counterclaim Plaintiffs Greenbrier-Concarril LLC and Greenbrier Leasing Company, LLC