**C. Marie Eckert, P.C.**, OSB No. 883490
marie.eckert@millernash.com
**John C. Clarke**, OSB No. 153245
john.clarke@millernash.com
MILLER NASH LLP
US Bancorp Tower
111 SW Fifth Ave, Ste 3400
Portland, OR 97204
Telephone: 503.224.5858
Facsimile: 503.224.0155

**Craig D. Leavell**, ISB No. 6256260
*Admitted Pro Hac Vice*
craig.leavell@btlaw.com
**Casey G. Campbell**, ISB No. 6318370
*Admitted Pro Hac Vice*
casey.campbell@btlaw.com
BARNES & THORNBURG LLP
One N Wacker Dr, Ste 4400
Chicago, IL 60606
Telephone: 312.214.4868
Facsimile: 312.759.5646

**Mark C. Nelson**, TSB No. 00794361
*Admitted Pro Hac Vice*
mark.nelson@btlaw.com
**Daniel A. Valenzuela**, TSB No. 24067918
*Admitted Pro Hac Vice*
daniel.valenzuela@btlaw.com
BARNES & THORNBURG LLP
2121 N Pearl St, Ste 700
Dallas, TX 75201
Telephone: 214.258.4150
Facsimile: 214.258.4199

*Attorneys for National Steel Car Limited*

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISON

| | |
|---|---|
| NATIONAL STEEL CAR LIMITED, a Canadian corporation,<br><br>Plaintiff,<br><br>v.<br><br>GREENBRIER-CONCARRIL LLC, a Delaware limited liability company; and GREENBRIER LEASING COMPANY, LLC, a Delaware limited liability company,<br><br>Defendants. | Case No. 3:20-cv-01275-YY<br><br>JOINT STIPULATION TO ADD DEFENDANT |

Page 1 -   Joint Stipulation to Add Defendant

4883-8542-9517.2

MILLER NASH LLP
ATTORNEYS AT LAW
TELEPHONE: 503.224.5858
US BANCORP TOWER
111 SW FIFTH AVE, STE 3400
PORTLAND, OR 97204

Plaintiff, National Steel Car Limited ("NSC"), and Defendants Greenbrier Leasing Company, LLC ("Greenbrier Leasing") and Greenbrier-Concarril, LLC ("Greenbrier-Concarril") (collectively "Greenbrier"), hereby stipulate and jointly move to add the following party to the named defendants as follows:

1. Greenbrier-GIMSA, LLC is added as a defendant in this matter.

2. NSC, Greenbrier, and Greenbrier-GIMSA, LLC agree that, like Greenbrier-Concarril, LLC, and Greenbrier Leasing Company, LLC, Greenbrier-GIMSA, LLC, "steps into the shoes" of, and substitutes for former defendant, The Greenbrier Companies, Inc., for all purposes in this case including, but not limited to, discovery, claim construction, and the Protective Order.

DATED this 7th day of February, 2022.

| /s/ C. Marie Eckert | /s/ Brian Apel |
|---|---|
| C. Marie Eckert, P.C., OSB No. 883490 | Steven T. Lovett, OSB No. 910701 |
| marie.eckert@millernash.com | steve.lovett@stoel.com |
| John C. Clarke, OSB No. 153245 | Nathan C. Brunette, OSB No. 090913 |
| john.clarke@millernash.com | nathan.brunette@stoel.com |
| MILLER NASH LLP | Elliott J. Williams, OSB No. 144835 |
| US Bancorp Tower | elliott.williams@stoel.com |
| 111 SW Fifth Ave, Ste 3400 | STOEL RIVES LLP |
| Portland, OR 97204 | 760 SW Ninth Ave, Ste 3000 |
| T: 503.224.5858 │ F: 503.224.0155 | Portland, OR 97205 |
|  | T: 503.224.3380 │ F: 503.220.2480 |
| Craig D. Leavell (*Pro Hac Vice*) |  |
| craig.leavell@btlaw.com | / / / |
| Casey G. Campbell (*Pro Hac Vice*) | / / / |
| casey.campbell@btlaw.com | / / / |
| BARNES & THORNBURG LLP | / / / |
| One N Wacker Dr, Ste 4400 | / / / |
| Chicago, IL 60606 | / / / |
| T: 312.214.4868 │ F: 312.759.5646 | / / / |
|  | / / / |
| / / / | / / / |
| / / / | / / / |
| / / / | / / / |
| / / / | / / / |

Page 2 -   Joint Stipulation to Add Defendant

4883-8542-9517.2

MILLER NASH LLP
ATTORNEYS AT LAW
TELEPHONE: 503.224.5858
US BANCORP TOWER
111 SW FIFTH AVE, STE 3400
PORTLAND, OR 97204

| | |
|---|---|
| Mark C. Nelson (*Pro Hac Vice*) <br> mark.nelson@btlaw.com <br> Daniel A. Valenzuela (*Pro Hac Vice*) <br> daniel.valenzuela@btlaw.com <br> BARNES & THORNBURG LLP <br> 2121 N Pearl St, Ste 700 <br> Dallas, TX 75201 <br> T: 214.258.4150 │ F: 214.258.4199 <br><br> *Attorneys for Plaintiff National Steel Car Limited* | Marc S. Cooperman (*Pro Hac Vice*) <br> mcooperman@bannerwitcoff.com <br> J. Pieter van Es (*Pro Hac Vice*) <br> pvanes@bannerwitcoff.com <br> Audra C. Eidem Heinze  (*Pro Hac Vice*) <br> aheinze@bannerwitcoff.com <br> Brian Apel (*Pro Hac Vice*) <br> bapel@bannerwitcoff.com <br> BANNER & WITCOFF, LTD. <br> 71 S Wacker Dr, Ste 3600 <br> Chicago, IL 60606 <br> T: 312.463.5000 │ F: 312.463.5001 <br><br> *Attorneys for Greenbrier Defendants* |

Page 3 -    Joint Stipulation to Add Defendant

4883-8542-9517.2

MILLER NASH LLP
ATTORNEYS AT LAW
TELEPHONE: 503.224.5858
US BANCORP TOWER
111 SW FIFTH AVE, STE 3400
PORTLAND, OR 97204

# CERTIFICATE OF SERVICE

I hereby certify that I served the foregoing Joint Stipulation to Add Defendant on:

| | |
|---|---|
| Audra C. Eidem Heinze<br>aheinze@bannerwitcoff.com<br>Brian T. Apel<br>bapel@bannerwitcoff.com<br>J. Pieter van Es<br>pvanes@bannerwitcoff.com<br>Marc S. Cooperman<br>mcooperman@bannerwitcoff.com<br>Janice V. Mitrius<br>jmitrius@bannerwitcoff.com<br>BANNER & WITCOFF, LTD.<br>71 S Wacker Dr, Ste 3600<br>Chicago, IL 60606 | Nathan C. Brunette<br>nathan.brunette@stoel.com<br>Steven T. Lovett<br>steve.lovett@stoel.com<br>STOEL RIVES LLP<br>760 SW Ninth Ave, Ste 3000<br>Portland, OR 97205 |

*Attorneys for Greenbrier Defendants*

by the following indicated methods on the date set forth below:

☒ **CM/ECF system transmission.**

☐ **E-mail.** As required by Local Rule 5.2, any interrogatories, requests for production, or requests for admission were e-mailed in Word or WordPerfect format, not in PDF, unless otherwise agreed to by the parties.

☒ **E-mail (courtesy copy).**

☐ **Facsimile communication device.**

☐ **First-class mail, postage prepaid.**

☐ **Hand-delivery.**

☐ **Overnight courier, delivery prepaid.**

DATED: February 7, 2022.

/s/ C. Marie Eckert
C. Marie Eckert, P.C., OSB No. 883490
*Of Attorneys for National Steel Car Limited*

Page 1 -   Certificate of Service

4883-8542-9517.2

MILLER NASH LLP
ATTORNEYS AT LAW
TELEPHONE: 503.224.5858
US BANCORP TOWER
111 SW FIFTH AVE, STE 3400
PORTLAND, OR 97204