Steven T. Lovett, OSB No. 910701
steve.lovett@stoel.com
Nathan C. Brunette, OSB No. 090913
nathan.brunette@stoel.com
STOEL RIVES LLP
760 SW Ninth Avenue, Suite 3000
Portland, OR  97205
Telephone:  503.224.3380
Facsimile:  503.220.2480

Marc S. Cooperman (Admitted *Pro Hac Vice*)
mcooperman@bannerwitcoff.com
J. Pieter van Es (Admitted *Pro Hac Vice*)
pvanes@bannerwitcoff.com
Janice V. Mitrius (Admitted *Pro Hac Vice*)
jmitrius@bannerwitcoff.com
Audra C. Eidem Heinze (Admitted *Pro Hac Vice*)
aheinze@bannerwitcoff.com
Brian Apel (Admitted *Pro Hac Vice*)
bapel@bannerwitcoff.com
BANNER & WITCOFF, LTD.
71 South Wacker Drive, Suite 3600
Chicago, IL  60606
Telephone:  312.463.5000
Facsimile:  312.463.5001

Attorneys for Defendants

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| NATIONAL STEEL CAR LIMITED,<br><br>  Plaintiff,<br><br>  v.<br><br>GREENBRIER-CONCARRIL LLC, GREENBRIER LEASING COMPANY, LLC, and GREENBRIER-GIMSA, LLC<br><br>  Defendants. | Case No.: 3:20-cv-01275-YY<br><br>JOINT STIPULATION AND MOTION TO AMEND SCHEDULING ORDER |

Plaintiff National Steel Car Limited ("NSC") and Defendants Greenbrier-Concarril LLC, Greenbrier Leasing Company, LLC, and Greenbrier-Gimsa, LLC (collectively "Greenbrier"), hereby stipulate and jointly move to amend certain of the deadlines set forth in the Court's September 24, 2020 Minute Entry (ECF No. 89), as amended by the Court's April 9, 2021, June 1, 2021, June 23, 2021, July 23, 2021, August 6, 2021, August 23, 2021, September 22, 2021, and October 26, 2021 Minute Entries (ECF Nos. 115, 121, 123, 133, 138, 141, 147 & 149) and the Court's December 8, 2021 Order (ECF No. 155). Due to scheduling conflicts, the parties are unable to schedule the depositions of Messrs. Nicholson and De Luca prior to the current close of fact discovery on April 22, 2022. To allow the parties to complete these depositions and have reasonable time after those depositions to complete expert reports, the parties stipulate and jointly request that the Court enter the following changes to the case schedule:

| Event | Current Deadline | Requested New Deadline |
|---|---|---|
| Close of Fact Discovery except for completing depositions of Messrs. Nicholson and De Luca | April 22, 2022 | No Change |
| Complete depositions of Messrs. Nicholson and De Luca | April 22, 2022 | May 13, 2022 |
| Opening Expert Reports | May 27, 2022 | June 17, 2022 |
| Rebuttal Expert Reports | June 24, 2022 | July 15, 2022 |
| Expert Discovery | July 29, 2022 | August 19, 2022 |
| Meet and Confer to Narrow Claims and Prior Art | August 5, 2022 | August 26, 2022 |
| File Report Regarding Results of Meet and Confer | August 12, 2022 | September 2, 2022 |
| Dispositive Motions and Daubert | August 26, 2022 | September 16, 2022 |

| | |
|---|---|
| DATED: April 1, 2022 | Respectfully submitted, |

/s/ C. Marie Eckert
C. Marie Eckert, P.C., OSB No. 883490
marie.eckert@millernash.com
John C. Clarke, OSB No. 153245
john.clarke@millernash.com
MILLER NASH LLP
3400 U.S. Bancorp Tower
111 S.W. Fifth Avenue
Portland, Oregon 97204
Telephone:  503.224.5858
Facsimile:  503.224.0155

Craig D. Leavell, ISB No. 6256260
Admitted *Pro Hac Vice*
craig.leavell@btlaw.com
Casey G. Campbell, ISB No. 6318370
Admitted *Pro Hac Vice*
ccampbell@btlaw.com
Megan M. New, ISB No. 6300422
Admitted *Pro Hac Vice*
megan.new@btlaw.com
BARNES & THORNBURG LLP
One North Wacker Dr., Suite 4400
Chicago, IL  60606
Telephone: 312.214.4868
Facsimile: 312.759.5646

Mark C. Nelson, TSB No. 00794361
Admitted *Pro Hac Vice*
mark.nelson@btlaw.com
Daniel A. Valenzuela, TSB No. 24067918
Admitted *Pro Hac Vice*
daniel.valenzuela@btlaw.com
BARNES & THORNBURG LLP
2121 North Pearl St., Suite 700
Dallas, TX 75201
Telephone: 214.258.4150
Facsimile:  214.258.4199

*Attorneys for Plaintiff*

/s/ Steven T. Lovett
Steven T. Lovett, OSB No. 910701
steve.lovett@stoel.com
Nathan C. Brunette, OSB No. 090913
nathan.brunette@stoel.com
Elliott J. Williams, OSB No. 144835
elliott.williams@stoel.com
STOEL RIVES LLP
760 SW Ninth Avenue, Suite 3000
Portland, OR  97205
Telephone:  503.224.3380
Facsimile:  503.220.2480

Marc S. Cooperman (*Pro Hac Vice*)
mcooperman@bannerwitcoff.com
J. Pieter van Es (*Pro Hac Vice*)
pvanes@bannerwitcoff.com
Janice V. Mitrius (*Pro Hac Vice*)
jmitrius@bannerwitcoff.com
Audra C. Eidem Heinze (*Pro Hac Vice*)
aheinze@bannerwitcoff.com
Brian Apel (*Pro Hac Vice*)
bapel@bannerwitcoff.com
BANNER & WITCOFF, LTD.
71 South Wacker Drive, Suite 3600
Chicago, IL  60606
Telephone:  312.463.5000
Facsimile:  312.463.5001

*Attorneys for Defendants*