Steven T. Lovett, OSB No. 910701
steve.lovett@stoel.com
Nathan C. Brunette, OSB No. 090913
nathan.brunette@stoel.com
STOEL RIVES LLP
760 SW Ninth Avenue, Suite 3000
Portland, OR  97205
Telephone:  503.224.3380
Facsimile:  503.220.2480

Marc S. Cooperman (Admitted *Pro Hac Vice*)
mcooperman@bannerwitcoff.com
J. Pieter van Es (Admitted *Pro Hac Vice*)
pvanes@bannerwitcoff.com
Janice V. Mitrius (Admitted *Pro Hac Vice*)
jmitrius@bannerwitcoff.com
Audra C. Eidem Heinze (Admitted *Pro Hac Vice*)
aheinze@bannerwitcoff.com
Brian Apel (Admitted *Pro Hac Vice*)
bapel@bannerwitcoff.com
Lisa Carlson (Admitted *Pro Hac Vice*)
lcarlson@bannerwitcoff.com
BANNER & WITCOFF, LTD.
71 South Wacker Drive, Suite 3600
Chicago, IL  60606
Telephone:  312.463.5000
Facsimile:  312.463.5001

Attorneys for Defendants

UNITED STATES DISTRICT COURT
DISTRICT OF OREGON
PORTLAND DIVISION

| | |
|---|---|
| NATIONAL STEEL CAR LIMITED,<br><br>        Plaintiff,<br><br>   v.<br><br>GREENBRIER-CONCARRIL LLC, GREENBRIER LEASING COMPANY, LLC, and GREENBRIER-GIMSA, LLC,<br><br>        Defendants. | Case No.: 3:20-cv-01275-YY<br><br>JOINT STIPULATION AND MOTION TO AMEND SCHEDULING ORDER |

Plaintiff National Steel Car Limited ("NSC") and Defendants Greenbrier-Concarril LLC, Greenbrier Leasing Company, LLC, and Greenbrier-GIMSA, LLC (collectively "Greenbrier"), hereby stipulate and jointly move to amend the deadline for completing the depositions of Messrs. Nicholson and DeLuca set forth in the Court's April 1, 2022 Scheduling Order (ECF No. 163). In view of the April 26, 2022 hearing, the parties are supplementing responses to damages-related interrogatories and have rescheduled the depositions of Messrs. Nicholson and DeLuca to take place after supplementation. Accordingly, the parties stipulate and jointly request that the Court extend the date to complete the depositions of Messrs. Nicholson and DeLuca as follows:

| Event | Current Deadline | Requested New Deadline |
|---|---|---|
| Complete depositions of Messrs. Nicholson and De Luca | May 13, 2022 | June 10, 2022 |

Dated: May **, 2022

Respectfully submitted,

| | |
|---|---|
| */s/ C. Marie Eckert* | */s/ Steven T. Lovett* |
| C. Marie Eckert, P.C., OSB No. 883490 | Steven T. Lovett, OSB No. 910701 |
| marie.eckert@millernash.com | steve.lovett@stoel.com |
| John C. Clarke, OSB No. 153245 | Nathan C. Brunette, OSB No. 090913 |
| john.clarke@millernash.com | nathan.brunette@stoel.com |
| MILLER NASH LLP | Elliott J. Williams, OSB No. 144835 |
| 3400 U.S. Bancorp Tower | elliott.williams@stoel.com |
| 111 S.W. Fifth Avenue | STOEL RIVES LLP |
| Portland, Oregon 97204 | 760 SW Ninth Avenue, Suite 3000 |
| Telephone:  503.224.5858 | Portland, OR  97205 |
| Facsimile:  503.224.0155 | Telephone:  503.224.3380 |
| | Facsimile:  503.220.2480 |
| Craig D. Leavell, ISB No. 6256260 | |
| Admitted Pro Hac Vice | Marc S. Cooperman (Pro Hac Vice) |
| craig.leavell@btlaw.com | mcooperman@bannerwitcoff.com |
| Casey G. Campbell, ISB No. 6318370 | J. Pieter van Es (Pro Hac Vice) |
| Admitted Pro Hac Vice | pvanes@bannerwitcoff.com |
| ccampbell@btlaw.com | Janice V. Mitrius (Pro Hac Vice) |
| Megan M. New, ISB No. 6300422 | jmitrius@bannerwitcoff.com |
| Admitted Pro Hac Vice | Audra C. Eidem Heinze (Pro Hac Vice) |
| megan.new@btlaw.com | aheinze@bannerwitcoff.com |
| BARNES & THORNBURG LLP | Brian Apel (Pro Hac Vice) |
| One North Wacker Dr., Suite 4400 | bapel@bannerwitcoff.com |
| Chicago, IL  60606 | Lisa Carlson (Pro Hac Vice) |
| Telephone: 312.214.4868 | lcarlson@bannerwitcoff.com |
| Facsimile: 312.759.5646 | BANNER & WITCOFF, LTD. |
| | 71 South Wacker Drive, Suite 3600 |
| Mark C. Nelson, TSB No. 00794361 | Chicago, IL  60606 |
| Admitted Pro Hac Vice | Telephone:  312.463.5000 |
| mark.nelson@btlaw.com | Facsimile:  312.463.5001 |
| Daniel A. Valenzuela, TSB No. 24067918 | |
| Admitted Pro Hac Vice | *Attorneys for Defendants* |
| daniel.valenzuela@btlaw.com | |
| BARNES & THORNBURG LLP | |
| 2121 North Pearl St., Suite 700 | |
| Dallas, TX 75201 | |
| Telephone: 214.258.4150 | |
| Facsimile: 214.258.4199 | |
| | |
| *Attorneys for Plaintiff National Steel Car Limited* | |