Steven T. Lovett, OSB No. 910701
steve.lovett@stoel.com
Nathan C. Brunette, OSB No. 090913
nathan.brunette@stoel.com
STOEL RIVES LLP
760 SW Ninth Avenue, Suite 3000
Portland, OR  97205
Telephone:  503.224.3380
Facsimile:  503.220.2480

Marc S. Cooperman (Admitted *Pro Hac Vice*)
mcooperman@bannerwitcoff.com
J. Pieter van Es (Admitted *Pro Hac Vice*)
pvanes@bannerwitcoff.com
Janice V. Mitrius (Admitted *Pro Hac Vice*)
jmitrius@bannerwitcoff.com
Audra C. Eidem Heinze (Admitted *Pro Hac Vice*)
aheinze@bannerwitcoff.com
Brian Apel (Admitted *Pro Hac Vice*)
bapel@bannerwitcoff.com
Lisa Carlson (Admitted *Pro Hac Vice*)
lcarlson@bannerwitcoff.com
BANNER & WITCOFF, LTD.
71 South Wacker Drive, Suite 3600
Chicago, IL  60606
Telephone:  312.463.5000
Facsimile:  312.463.5001

Attorneys for Defendants

UNITED STATES DISTRICT COURT
DISTRICT OF OREGON
PORTLAND DIVISION

| | |
|---|---|
| NATIONAL STEEL CAR LIMITED,<br><br>    Plaintiff,<br><br>  v.<br><br>GREENBRIER-CONCARRIL LLC, GREENBRIER LEASING COMPANY, LLC, and GREENBRIER-GIMSA, LLC,<br><br>    Defendants. | Case No.: 3:20-cv-01275-YY<br><br>JOINT STIPULATION AND MOTION TO AMEND SCHEDULING ORDER |

Page 1   -   JOINT STIPULATION AND MOTION TO AMEND SCHEDULING ORDER

Plaintiff National Steel Car Limited ("NSC") and Defendants Greenbrier-Concarril LLC, Greenbrier Leasing Company, LLC, and Greenbrier-GIMSA, LLC (collectively "Greenbrier"), hereby stipulate and jointly move to amend certain of the deadlines set forth in the Court's September 24, 2020 Minute Entry (ECF No. 89), as amended by the Court's April 9, 2021, June 1, 2021, June 23, 2021, July 23, 2021, August 6, 2021, August 23, 2021, September 22, 2021, October 26, 2021, April 1, 2022, May 4, 2022, June 10, 2022, and July 18, 2022 Minute Entries (ECF Nos. 115, 121, 123, 133, 138, 141, 147, 149, 163, 169, 173, & 175) and the Court's December 8, 2021 Order (ECF No. 155). Due to counsel's obligations and schedules in other matters and the availability of experts, the parties stipulate and jointly request that the Court enter the following changes to the case schedule:

| Event | Current Deadline | Requested New Deadline |
|---|---|---|
| Deadline to complete deposition of Mr. Ronald Sellberg | Sept. 16, 2022 | Sept. 30, 2022 |
| Deadline to complete deposition of Mr. Richard Dawson | Sept. 16, 2022 | Oct. 12, 2022 |
| Meet and Confer to Narrow Claims and Prior Art | Sept. 23, 2022 | Oct. 21, 2022 |
| File Report Regarding Results of Meet and Confer | Sept. 30, 2022 | Oct. 28, 2022 |
| Dispositive Motions and Daubert | Oct. 14, 2022 | Nov. 14, 2022 |

| | |
|---|---|
| Dated: August 23, 2022 | Respectfully submitted, |
| | |
| */s/ Craig D. Leavell* | */s/ Nathan C. Brunette* |
| C. Marie Eckert, P.C., OSB No. 883490 | Steven T. Lovett, OSB No. 910701 |
| marie.eckert@millernash.com | steve.lovett@stoel.com |
| John C. Clarke, OSB No. 153245 | Nathan C. Brunette, OSB No. 090913 |
| john.clarke@millernash.com | nathan.brunette@stoel.com |
| MILLER NASH LLP | Elliott J. Williams, OSB No. 144835 |
| 3400 U.S. Bancorp Tower | elliott.williams@stoel.com |
| 111 S.W. Fifth Avenue | STOEL RIVES LLP |
| Portland, Oregon 97204 | 760 SW Ninth Avenue, Suite 3000 |
| Telephone: 503.224.5858 | Portland, OR 97205 |
| Facsimile: 503.224.0155 | Telephone: 503.224.3380 |
| | Facsimile: 503.220.2480 |
| Craig D. Leavell, ISB No. 6256260 | |
| Admitted Pro Hac Vice | Marc S. Cooperman (Pro Hac Vice) |
| craig.leavell@btlaw.com | mcooperman@bannerwitcoff.com |
| Casey G. Campbell, ISB No. 6318370 | J. Pieter van Es (Pro Hac Vice) |
| Admitted Pro Hac Vice | pvanes@bannerwitcoff.com |
| ccampbell@btlaw.com | Janice V. Mitrius (Pro Hac Vice) |
| Megan M. New, ISB No. 6300422 | jmitrius@bannerwitcoff.com |
| Admitted Pro Hac Vice | Audra C. Eidem Heinze (Pro Hac Vice) |
| megan.new@btlaw.com | aheinze@bannerwitcoff.com |
| BARNES & THORNBURG LLP | Brian Apel (Pro Hac Vice) |
| One North Wacker Dr., Suite 4400 | bapel@bannerwitcoff.com |
| Chicago, IL 60606 | Lisa Carlson (Pro Hac Vice) |
| Telephone: 312.214.4868 | lcarlson@bannerwitcoff.com |
| Facsimile: 312.759.5646 | BANNER & WITCOFF, LTD. |
| | 71 South Wacker Drive, Suite 3600 |
| Mark C. Nelson, TSB No. 00794361 | Chicago, IL 60606 |
| Admitted Pro Hac Vice | Telephone: 312.463.5000 |
| mark.nelson@btlaw.com | Facsimile: 312.463.5001 |
| Daniel A. Valenzuela, TSB No. 24067918 | |
| Admitted Pro Hac Vice | *Attorneys for Defendants* |
| daniel.valenzuela@btlaw.com | |
| BARNES & THORNBURG LLP | |
| 2121 North Pearl St., Suite 700 | |
| Dallas, TX 75201 | |
| Telephone: 214.258.4150 | |
| Facsimile: 214.258.4199 | |
| | |
| *Attorneys for Plaintiff National Steel Car Limited* | |