Steven T. Lovett, OSB No. 910701
steve.lovett@stoel.com
Nathan C. Brunette, OSB No. 090913
nathan.brunette@stoel.com
STOEL RIVES LLP
760 SW Ninth Avenue, Suite 3000
Portland, OR  97205
Telephone:  503.224.3380
Facsimile:  503.220.2480

Marc S. Cooperman (Admitted *Pro Hac Vice*)
mcooperman@bannerwitcoff.com
J. Pieter van Es (Admitted *Pro Hac Vice*)
pvanes@bannerwitcoff.com
Janice V. Mitrius (Admitted *Pro Hac Vice*)
jmitrius@bannerwitcoff.com
Brian Apel (Admitted *Pro Hac Vice*)
bapel@bannerwitcoff.com
Lisa Carlson (Admitted *Pro Hac Vice*)
lcarlson@bannerwitcoff.com
BANNER & WITCOFF, LTD.
71 South Wacker Drive, Suite 3600
Chicago, IL  60606
Telephone:  312.463.5000
Facsimile:  312.463.5001

Attorneys for Defendants

UNITED STATES DISTRICT COURT
DISTRICT OF OREGON
PORTLAND DIVISION

| | |
|---|---|
| NATIONAL STEEL CAR LIMITED,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>GREENBRIER-CONCARRIL LLC, GREENBRIER LEASING COMPANY, LLC, and GREENBRIER-GIMSA, LLC,<br><br>　　　　　Defendants. | Case No.: 3:20-cv-01275-YY<br><br>JOINT MOTION REGARDING BRIEFING ON UPCOMING SUMMARY JUDGMENT REPLY BRIEFS – **EXPEDITED CONSIDERATION REQUESTED** |

**JOINT MOTION**

Plaintiff National Steel Car Limited and Defendants Greenbrier-Concarril, LLC, Greenbrier Leasing Company, LLC, and Greenbrier-GIMSA, LLC, hereby jointly and respectfully move to increase the limits for reply summary judgment memoranda from 16,000 words, or in the alternative, 50 pages, to 17,500 words, or in the alternative, 55 pages. *See* ECF No. 179.

**Because reply summary judgment memoranda are due December 19, 2022 (*see* ECF Nos. 181, 190, 201, 203; LR 7-1(f)(1)), the parties respectfully request EXPEDITED CONSIDERATION of this Motion.**

Good cause exists for granting the Motion. The parties each moved for summary judgment on multiple, distinct issues, ECF Nos. 181, 190. The record in this case is extensive, and includes documents and testimony from prior, related proceedings. Furthermore, the parties' responsive memoranda included evidentiary objections (*see* LR 56-1(b)), which the parties' reply briefs must respond to. Not only does good cause exist for the proposed increased page limits, but fully briefing these issues at the summary-judgment stage is likely to substantially reduce the number of issues for trial and pretrial proceedings. *See* Fed. R. Civ. P. 56(g). The parties agree that this motion will not preclude either party from seeking a further extension of the memoranda limit, if needed as the parties finalize their respective summary judgment reply memoranda, provided such party can establish good cause to further extend the limit.

In light of the foregoing, the parties respectfully request that the Court enter the proposed order below:

1. The page limit for summary judgment reply memoranda limit under Local Rule 7-2(b)(1), which the Court previously increased to 16,000 words, or in the alternative, 50 pages

(ECF No. 179), is hereby increased to 17,500 words, or in the alternative, 55 pages. This limit includes headings, footnotes and quotations, but excludes the caption, table of contents, table of cases and authorities, signature block, exhibits, and any certificates of counsel.

| | |
|---|---|
| Dated: December 15, 2022 | Respectfully submitted, |
| | |
| /s/C. Marie Eckert | /s/Steven T. Lovett |
| C. Marie Eckert, P.C., OSB No. 883490 | Steven T. Lovett, OSB No. 910701 |
| marie.eckert@millernash.com | steve.lovett@stoel.com |
| John C. Clarke, OSB No. 153245 | Nathan C. Brunette, OSB No. 090913 |
| john.clarke@millernash.com | nathan.brunette@stoel.com |
| MILLER NASH LLP | Elliott J. Williams, OSB No. 144835 |
| 3400 U.S. Bancorp Tower | elliott.williams@stoel.com |
| 111 S.W. Fifth Avenue | STOEL RIVES LLP |
| Portland, Oregon 97204 | 760 SW Ninth Avenue, Suite 3000 |
| Telephone: 503.224.5858 | Portland, OR 97205 |
| Facsimile: 503.224.0155 | Telephone: 503.224.3380 |
| | Facsimile: 503.220.2480 |
| Craig D. Leavell, ISB No. 6256260 | |
| Admitted Pro Hac Vice | Marc S. Cooperman (Pro Hac Vice) |
| craig.leavell@btlaw.com | mcooperman@bannerwitcoff.com |
| Casey G. Campbell, ISB No. 6318370 | J. Pieter van Es (Pro Hac Vice) |
| Admitted Pro Hac Vice | pvanes@bannerwitcoff.com |
| ccampbell@btlaw.com | Janice V. Mitrius (Pro Hac Vice) |
| Megan M. New, ISB No. 6300422 | jmitrius@bannerwitcoff.com |
| Admitted Pro Hac Vice | Brian Apel (Pro Hac Vice) |
| megan.new@btlaw.com | bapel@bannerwitcoff.com |
| BARNES & THORNBURG LLP | Lisa Carlson (Pro Hac Vice) |
| One North Wacker Dr., Suite 4400 | lcarlson@bannerwitcoff.com |
| Chicago, IL 60606 | BANNER & WITCOFF, LTD. |
| Telephone: 312.214.4868 | 71 South Wacker Drive, Suite 3600 |
| Facsimile: 312.759.5646 | Chicago, IL 60606 |
| | Telephone: 312.463.5000 |
| Mark C. Nelson, TSB No. 00794361 | Facsimile: 312.463.5001 |
| Admitted Pro Hac Vice | |
| mark.nelson@btlaw.com | *Attorneys for Defendants* |
| Daniel A. Valenzuela, TSB No. 24067918 | |
| Admitted Pro Hac Vice | |
| daniel.valenzuela@btlaw.com | |
| BARNES & THORNBURG LLP | |
| 2121 North Pearl St., Suite 700 | |
| Dallas, TX 75201 | |
| Telephone: 214.258.4150 | |
| Facsimile: 214.258.4199 | |
| | |
| *Attorneys for Plaintiff* | |

Page 4   -   JOINT MOTION REGARDING BREIFING ON UPCOMING SUMMARY JUDGMENT
             REPLY BRIEFS – **EXPEDITED HEARING REQUESTED**