**C. Marie Eckert, P.C.**, OSB No. 883490
marie.eckert@millernash.com
**John C. Clarke**, OSB No. 153245
john.clarke@millernash.com
MILLER NASH LLP
US Bancorp Tower
111 SW Fifth Ave, Ste 3400
Portland, OR 97204
Telephone: 503.224.5858
Facsimile: 503.224.0155

**Craig D. Leavell**, ISB No. 6256260
*Admitted Pro Hac Vice*
craig.leavell@btlaw.com
**Casey G. Campbell**, ISB No. 6318370
*Admitted Pro Hac Vice*
casey.campbell@btlaw.com
**Megan M. New**, ISB No. 6300422
*Admitted Pro Hac Vice*
megan.new@btlaw.com
BARNES & THORNBURG LLP
One N Wacker Dr, Ste 4400
Chicago, IL 60606
Telephone: 312.214.4868
Facsimile: 312.759.5646

**Mark C. Nelson**, TSB No. 00794361
*Admitted Pro Hac Vice*
mark.nelson@btlaw.com
**Daniel A. Valenzuela**, TSB No. 24067918
*Admitted Pro Hac Vice*
daniel.valenzuela@btlaw.com
BARNES & THORNBURG LLP
2121 N Pearl St, Ste 700
Dallas, TX 75201
Telephone: 214.258.4150
Facsimile: 214.258.4199

**Lauren U. Baker**, GSB No. 345536
*Admitted Pro Hac Vice*
lauren.baker@btlaw.com
BARNES & THORNBURG LLP
3340 Peachtree Rd NE, Ste 2900
Atlanta, GA 30326
Telephone: 404.264.4036
Facsimile: 404.264.4033

*Attorneys for National Steel Car Limited*

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISON

| | |
|---|---|
| NATIONAL STEEL CAR LIMITED, a Canadian corporation,<br><br>Plaintiff,<br><br>v.<br><br>GREENBRIER-CONCARRIL LLC; GREENBRIER LEASING COMPANY, LLC; and GREENBRIER-GIMSA, LLC,<br><br>Defendants. | Case No. 3:20-cv-01275-YY<br><br>NATIONAL STEEL CAR LIMITED'S MOTION TO STAY ENTRY OF JUDGMENT AND FOR LEAVE TO FILE A MOTION FOR RECONSIDERATION AND/OR CLARIFICATION OF THE COURT'S NOV. 17, 2023 ORDER |

Page 1 -   NATIONAL STEEL CAR LIMITED'S MOTION TO STAY ENTRY OF
          JUDGMENT AND FOR LEAVE TO FILE MOTION FOR RECONSIDERATION

4882-8479-0930.1

MILLER NASH LLP
ATTORNEYS AT LAW
TELEPHONE: 503.224.5858
111 SW FIFTH AVE, STE 3400
PORTLAND, OR 97204

**Local Rule 7.1(a) Compliance**

Pursuant to LR 7.1(a), counsel for Plaintiff National Steel Car Limited ("NSC") has conferred with counsel for Defendants Greenbrier-Concarril LLC, Greenbrier Leasing Company, LLC, and Greenbrier-GIMSA, LLC (collectively "Greenbrier"). Greenbrier opposes NSC's motion to stay entry of judgment and disagrees with the basis of NSC's potential motion for reconsideration and/or clarification of the Court's November 17, 2023 Opinion and Order.

**MOTION**

Plaintiff National Steel Car Limited ("NSC") hereby respectfully moves the Court for an Order staying entry of judgment on the Court's November 17, 2023 Opinion and Order and for leave to file a motion for reconsideration and/or clarification by December 8, 2023.

NSC proposes to stay entry of judgment to allow time for the Court to consider NSC's motion for reconsideration and/or clarification. Due to scheduling conflicts, intervening holidays, and the large volume of the summary judgment record, NSC requests until December 8, 2023 to file its motion. NSC's motion would request reconsideration and/or clarification of the Court's grant of Greenbrier's motion for summary judgment of non-infringement based on the existing construction of "at least one floor panel" and "deck." Specifically, the Court found that "[t]he side post gusset of defendants' accused car is not an extension of the 'floor panel' or 'deck,' as those terms are used in the patent and have been construed by the Court, and therefore defendants' cars do not infringe plaintiff's patents." Court's November 17, 2023 Opinion and Order (ECF 242, at 20). Staying entry of judgment pending resolution of NSC's motion for reconsideration and/or clarification would serve the interests of justice and judicial economy without prejudice to either party.

///

Page 2 -   NATIONAL STEEL CAR LIMITED'S MOTION TO STAY ENTRY OF
          JUDGMENT AND FOR LEAVE TO FILE MOTION FOR RECONSIDERATION

4882-8479-0930.1

MILLER NASH LLP
ATTORNEYS AT LAW
TELEPHONE: 503.224.5858
111 SW FIFTH AVE, STE 3400
PORTLAND, OR 97204

Here, NSC proposes that three weeks from the Court's November 17, 2023 opinion and order is a reasonable amount of time to stay entry of judgment to assess the circumstances, review a voluminous summary judgment record, and file a motion for reconsideration and/or clarification. This proposed stay is requested for good cause, and not for purposes of delay.

In light of the foregoing, NSC respectfully requests that the Court enter the proposed order below:

1. NSC's Motion to Stay Entry of Judgment of the Court's November 17, 2023 Opinion and Order is GRANTED.

2. NSC's Motion for Leave to File a Motion for Reconsideration and/or Clarification of the Court's November 17, 2023 Opinion and Order by December 8, 2023 is GRANTED.

November 21, 2023                                Respectfully submitted,

/s/ C. Marie Eckert
**C. Marie Eckert, P.C.**, OSB No. 883490
marie.eckert@millernash.com
**John C. Clarke**, OSB No. 153245
john.clarke@millernash.com
MILLER NASH LLP
3400 U.S. Bancorp Tower
111 S.W. Fifth Avenue
Portland, Oregon  97204
Telephone:  503.224.5858
Facsimile:  503.224.0155

///
///
///

Page 3 -   NATIONAL STEEL CAR LIMITED'S MOTION TO STAY ENTRY OF JUDGMENT AND FOR LEAVE TO FILE MOTION FOR RECONSIDERATION

4882-8479-0930.1

MILLER NASH LLP
ATTORNEYS AT LAW
TELEPHONE: 503.224.5858
111 SW FIFTH AVE, STE 3400
PORTLAND, OR 97204

**Craig D. Leavell**, ISB No. 6256260
*Admitted Pro Hac Vice*
craig.leavell@btlaw.com
**Casey Campbell**, ISB No. 6318370
*Admitted Pro Hac Vice*
casey.campbell@btlaw.com
**Megan M. New**, ISB No. 6300422
*Admitted Pro Hac Vice*
megan.new@btlaw.com
BARNES & THORNBURG LLP
One North Wacker Dr., Suite 4400
Chicago, IL  60606
Telephone: 312.214.4868
Facsimile: 312.759.5646

**Mark C. Nelson**, TSB No. 00794361
*Admitted Pro Hac Vice*
mark.nelson@btlaw.com
**Daniel A. Valenzuela**, TSB No. 24067918
*Admitted Pro Hac Vice*
daniel.valenzuela@btlaw.com
BARNES & THORNBURG LLP
2121 North Pearl St., Suite 700
Dallas, TX 75201
Telephone: 214.258.4150
Facsimile:  214.258.4199

**Lauren U. Baker**, GSB No. 345536
*Admitted Pro Hac Vice*
lauren.baker@btlaw.com
BARNES & THORNBURG LLP
3340 Peachtree Road NE, Suite 2900
Atlanta, GA  30326
Telephone:  404.264.4036
Facsimile:  404.264.4033

*Attorneys for Plaintiff*
*National Steel Car Limited*

Page 4 -   NATIONAL STEEL CAR LIMITED'S MOTION TO STAY ENTRY OF JUDGMENT AND FOR LEAVE TO FILE MOTION FOR RECONSIDERATION

4882-8479-0930.1

MILLER NASH LLP
ATTORNEYS AT LAW
TELEPHONE: 503.224.5858
111 SW FIFTH AVE, STE 3400
PORTLAND, OR 97204

# CERTIFICATE OF SERVICE

I hereby certify that I served NATIONAL STEEL CAR LIMITED'S MOTION TO STAY ENTRY OF JUDGMENT AND FOR LEAVE TO FILE MOTION FOR RECONSIDERATION on:

Audra C. Eidem Heinze
aheinze@bannerwitcoff.com
Brian T. Apel
bapel@bannerwitcoff.com
J. Pieter van Es
pvanes@bannerwitcoff.com
Marc S. Cooperman
mcooperman@bannerwitcoff.com
Janice V. Mitrius
jmitrius@bannerwitcoff.com
Lisa S. Carlson
lcarlson@bannerwitcoff.com

BANNER & WITCOFF, LTD.
71 S Wacker Dr, Ste 3600
Chicago, IL 60606

Nathan C. Brunette
nathan.brunette@stoel.com
Steven T. Lovett
steve.lovett@stoel.com

STOEL RIVES LLP
760 SW Ninth Ave, Ste 3000
Portland, OR 97205

*Attorneys for Greenbrier Defendants*

by the following indicated methods on the date set forth below:

[X] **CM/ECF system transmission.**

[ ] **E-mail.** As required by Local Rule 5.2, any interrogatories, requests for production, or requests for admission were e-mailed in Word or WordPerfect format, not in PDF, unless otherwise agreed to by the parties.

[X] **E-mail (courtesy copy).**

[ ] **First-class mail, postage prepaid.**

[ ] **Overnight courier, delivery prepaid.**

DATED: November 21, 2023.

/s/ C. Marie Eckert
C. Marie Eckert, P.C., OSB No. 883490
*Of Attorneys for National Steel Car Limited*

Page 1 -   Certificate of Service

4882-8479-0930.1

MILLER NASH LLP
ATTORNEYS AT LAW
TELEPHONE: 503.224.5858
111 SW FIFTH AVE, STE 3400
PORTLAND, OR 97204