UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

NATIONAL STEEL CAR LIMITED, a
Canadian corporation,

        Plaintiff,                          Case No. 3:20-cv-01275-YY

     v.                                    JUDGMENT

GREENBRIER-CONCARRIL, LLC,
GREENBRIER LEASING COMPANY,
LLC, and GREENBRIER-GIMSA, LLC,

        Defendants.

Based on the court's Opinion and Order (ECF 242) granting summary judgment in favor of defendants Greenbrier-Concarril, LLC, Greenbrier Leasing Company LLC, and Greenbrier-GIMSA, LLC's, IT IS HEREBY ORDERED and ADJUDGED that judgment is entered for defendants and this action is DISMISSED WITH PREJUDICE.

DATED January 3, 2024.

                                                     /s/ Youlee Yim You
                                                  Youlee Yim You
                                                  United States Magistrate Judge

1 – JUDGMENT